Robert G. Wing (4445)
Jennifer R. Korb (9147)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: rwing@rqn.com
Email: jkorb@rqn.com

*Attorneys for Receiver Gil A. Miller*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GIL A. MILLER, as Receiver for IMPACT PAYMENT SYSTEMS, LLC, and IMPACT CASH, LLC,<br><br>Plaintiff,<br>vs.<br><br>SIGNATURE MARKETING, LLC,<br><br>Defendant. | **RECEIVER'S MOTION TO APPROVE SETTLEMENT WITH DEFENDANT, AND MEMORANDUM IN SUPPORT**<br><br>Civil No. 1:12-cv-62<br><br>Judge David Nuffer |

Gil A. Miller, Receiver for Impact, moves the Court to approve the Settlement

Agreement between the Receiver on behalf of the Plaintiff, and defendant Signature

Marketing, LLC.   The Receiver represents as follows:

1.      Signature Marketing, LLC invested in Impact and received payments from

Impact in excess of its investment.

2.      The Receiver alleged that the payments came from investor funds.

3.      Signature Marketing has agreed to return payments totaling $10,000 in exchange for a release with respect to any other claims relating to Impact.

4.      The parties have executed a Settlement Agreement, a copy of which is attached hereto as Exhibit "A."

The Receiver seeks Court approval to finalize this settlement.  Within ten business days of an order approving the settlement agreement, Signature Marketing will pay the agreed upon settlement amount to the receivership estate.

**RESPECTFULLY SUBMITTED** this 9th day of May, 2014.

**RAY QUINNEY & NEBEKER P.C.**


/s/      Jennifer R. Korb_____
Jennifer R. Korb, Attorneys for Receiver

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of May, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following:

Grant Sumsion
grant@sumsioncrandall.com
whitney@sumsioncrandall.com
ashley@sumsioncrandall.com


/s/      Teresa Hansen