Robert G. Wing (4445)
Jennifer R. Korb (9147)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: rwing@rqn.com
Email: jkorb@rqn.com

*Attorneys for Receiver Gil A. Miller*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GIL A. MILLER, as Receiver for IMPACT PAYMENT SYSTEMS, LLC, and IMPACT CASH, LLC, <br><br>Plaintiff,<br><br>vs.<br><br>SIGNATURE MARKETING, LLC,<br><br>Defendant. | **ORDER APPROVING SETTLEMENT**<br><br>Civil No. 1:12-cv-62 DN<br><br>Judge David Nuffer |

Based upon the Receiver's Motion for Approval of Settlement with Defendant, and the memorandum in support thereof, and after having reviewed the Settlement Agreement,

IT IS HEREBY ORDERED, that the Receiver's Motion to Approve Settlement with Defendant (docket no. 18) is GRANTED.

IT IS FURTHER ORDERED that the Settlement Agreement entered into by the Receiver on behalf of the Plaintiff, and Defendant Signature Marketing, is APPROVED.

DATED this 12th day of May, 2014.

BY THE COURT:

_____
David Nuffer
United States District Judge