Robert G. Wing (4445), Email: rwing@rqn.com
Jennifer R. Korb (9147), Email: jkorb@rqn.com
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
*Attorneys for Receiver Gil A. Miller*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GIL A. MILLER, as Receiver for IMPACT PAYMENT SYSTEMS, LLC, and IMPACT CASH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SIGNATURE MARKETING, LLC, a Utah limited liability company,<br><br>Defendant. | ORDER GRANTING STIPULATED MOTION TO VOLUNTARY DISMISSAL<br><br>Civil No. 1:12-cv-00062 DN<br><br>Judge David Nuffer |

Based upon the parties' Stipulated Motion to Voluntary Dismissal (the "Motion") and the

Memorandum in Support thereof:

IT IS HEREBY ORDERED that the Motion (docket no 20) is GRANTED, and all claims

asserted in this action against Signature Marketing, LLC are hereby DISMISSED WITH

PREJUDICE.

DATED this 9th day of June, 2014.

BY THE COURT,

_____
David Nuffer
United States District Judge

1